## Anetakis, Appellant, *v.* Perry Township.

Argued October 12, 1964. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Francis X. Caiazza,* with him *Howard W. Lyon* and *Gilbert D. Levine,* for appellant.

*Ronald E. Jones,* with him *Errol Fullerton,* and *Jamison and Jones,* for appellee.

OPINION PER CURIAM, January 12, 1965:
Judgment affirmed.